■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE NEWTON, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed October 31, 1978. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., O'Connor, Lazer and Rabin, JJ., concur.